AFM:KRA
F. #2024R00122

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    JUNE 3, 2024    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHOUDHARY VIRK,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

I N D I C T M E N T

Cr. No. ___24-CR-227_____
(T. 18, U.S.C., §§ 924(d)(1),
981(a)(1)(C), 1951(a) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

Judge Margo K. Brodie
Magistrate Judge Sanket J. Bulsara

COUNT ONE
(Hobbs Act Robbery – Brighton 1 Place)

1.     On or about February 17, 2023, within the Eastern District of New York and elsewhere, the defendant CHOUDHARY VIRK did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of United States currency from a livery car driver near 68 Brighton 1 Place in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

COUNT TWO
(Hobbs Act Robbery – 179th Street)

2.     On or about February 20, 2023, within the Eastern District of New York and elsewhere, the defendant CHOUDHARY VIRK did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by

1

robbery, to wit: the robbery of United States currency from a livery car driver near 88-18 179th Street in Queens, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT THREE
(Hobbs Act Robbery – 178th Street)

3.     On or about February 25, 2023, within the Eastern District of New York and elsewhere, the defendant CHOUDHARY VIRK did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of United States currency from a livery car driver near 88-15 178th Street in Queens, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FOUR
(Hobbs Act Robbery – 90th Avenue)

4.     On or about February 25, 2023, within the Eastern District of New York and elsewhere, the defendant CHOUDHARY VIRK did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of United States currency and electronic equipment from a livery car driver near the intersection of 179th Street and 90th Avenue in Queens, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

5.     The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offenses to forfeit any

property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States.

6.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

3

seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

s/
FOREPERSON

By: _____, Assistant U.S. Attorney

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

4